UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERIGNE FALL,

               Petitioner,

v.

MERRICK GARLAND, et al.,

               Respondents.

CASE NO. 2:23-CV-1347-LK-DWC

REPORT AND RECOMMENDATION

Noting Date: November 24, 2023

      Petitioner initiated this 28 U.S.C. § 2241 immigration habeas action on August 31, 2023, to obtain release from detention. Dkt. 1. The Court granted Plaintiff's motion to appoint counsel (Dkt. 5) on September 11, 2023, and counsel appeared on Petitioner's behalf on October 11, 2023 (Dkt. 8). On October 5, 2023, Petitioner was removed from the United States. Dkt. 7-1. Accordingly, the Government moves to dismiss this action as moot. Dkt. 7. Petitioner did not file a response to the motion. *See* Docket.

      Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . .

REPORT AND RECOMMENDATION- 1

1  there must be some remaining 'collateral consequence' that may be redressed by success on the
2  petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because Petitioner's habeas
3  petition seeks only release from detention, his claims have been fully resolved. *See id.* at 1065.
4  Accordingly, there is no collateral consequence that could be redressed by the Court, and
5  Petitioner's habeas petition should be dismissed as moot. *See id.*

6  The Court thus recommends that the Government's motion to dismiss (Dkt. 7) be
7  GRANTED and this action be DISMISSED without prejudice. A proposed order accompanies
8  this Report and Recommendation.

9  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
10 fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P.
11 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
12 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
13 objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*
14 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
15 imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on
16 November 24, 2023, as noted in the caption.

17 Dated this 6th day of November, 2023.

David W. Christel
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION- 2